# In the United States District Court
# For the Middle District of Alabama
# Northern Division

SUMMONS IN A CIVIL CASE

A.C. FRYER,

    Plaintiff,

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

v.

MERCK & CO., INC., et al.

    Defendants.

CIVIL ACTION CASE NO:

2:06-CV-877-MEF

TO: G. D. Searle & Company
    1209 N. Orange Street
    Wilmington, DE 19801-1120

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff or plaintiff's attorney(s):

Tom Dutton, Pittman, Dutton, Kirby & Hellums, P.C., 1100 Park Place Tower, Birmingham, AL 35203
(Name and Address)

a response to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

*Debra P. Hackett*
CLERK

DATE 10/2/06

DEPUTY CLERK

## RETURN OF SERVICE

I hereby certify and return on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

   ··     By personal service on the defendant at

            _____:

   -     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____.

   ··     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership or unincorporated association. (Give name, capacity and address of person served.)

_____.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     *Authorized or Specially Appointed Process Server*
Date

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     *Authorized or Specially Appointed Process Server*
Date

Costs of Service:   Service fee:                                              $
                              Expenses: _____ miles @ _____ cents                      $
                                                                                 TOTAL:    $

# In the United States District Court
# For the Middle District of Alabama
# Northern Division

SUMMONS IN A CIVIL CASE

A. C. FRYER,

    Plaintiff,

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

v.

MERCK & CO., INC., ET AL.

CIVIL ACTION CASE NO:

2:06-CV-877-MEF

    Defendants.

TO:   Merck & Company, Inc.
      c/o The Corporation Company
      2000 Interstate Park Drive
      Suite 204
      Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff or plaintiff's attorney(s):

Tom Dutton, Pittman, Dutton, Kirby & Hellums, P.C., 1100 Park Place Tower, Birmingham, AL 35203
(Name and Address)

a response to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

*Debra P. Hackett*
CLERK

DATE    10/2/06

DEPUTY CLERK

# **RETURN OF SERVICE**

I hereby certify and return on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

    ¨    By personal service on the defendant at

_____.

    -    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____.

    ¨    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership or unincorporated association. (Give name, capacity and address of person served.)

_____.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                    *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                    *Authorized or Specially Appointed Process Server*

Costs of Service:    Service fee:                                                                      $
                             Expenses: _____ miles @ _____ cents                              $
                                                                                                                  TOTAL:      $

# In the United States District Court
# For the Middle District of Alabama
# Northern Division

**SUMMONS IN A CIVIL CASE**

A.C. FRYER,

    Plaintiff,

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

v.

MERCK & CO., INC., et al.

    Defendants.

CIVIL ACTION CASE NO:

2:06-cv-877-MEF

TO: Pfizer, Inc.
    c/o The Corporation Company
    2000 Interstate Park Drive, Ste. 204
    Montgomery, AL. 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff or plaintiff's attorney(s):

<u>Tom Dutton, Pittman, Dutton, Kirby & Hellums, P.C., 1100 Park Place Tower, Birmingham, AL 35203</u>
(Name and Address)

a response to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

_Debra P. Hackett_
CLERK

_10/2/06_
DATE

DEPUTY CLERK

# RETURN OF SERVICE

I hereby certify and return on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

    ..     By personal service on the defendant at

    _____.

- By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

    _____.

    ..     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership or unincorporated association. (Give name, capacity and address of person served.)

    _____.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                *Authorized or Specially Appointed Process Server*

Costs of Service:     Service fee:                                                           $
                            Expenses: _____ miles @ _____ cents                     $
                                                                           TOTAL:      $

# In the United States District Court
# For the Middle District of Alabama
# Northern Division

**SUMMONS IN A CIVIL CASE**

A. C. FRYER,

    Plaintiff,

(Issued pursuant to Rule 4 of the
Federal Rules of Civil Procedure or
other appropriate laws.)

v.

MERCK & CO., INC., et al.

    Defendants.

CIVIL ACTION CASE NO:

2:06-CV-877-MEF

TO: Pharmacia & Upjohn Company
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, AL. 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff or plaintiff's attorney(s):

Tom Dutton, Pittman, Dutton, Kirby & Hellums, P.C., 1100 Park Place Tower, Birmingham, AL 35203
(Name and Address)

a response to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

*Debra P. Hackett*
CLERK

DEPUTY CLERK

DATE 10/2/06

## RETURN OF SERVICE

  I hereby certify and return on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

  ··  By personal service on the defendant at

   _____.

  -  By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

   _____.

  ··  By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership or unincorporated association. (Give name, capacity and address of person served.)

   _____.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date          *Authorized or Specially Appointed Process Server*

  I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date          *Authorized or Specially Appointed Process Server*

Costs of Service:  Service fee:                     $
        Expenses: _____ miles @ _____ cents       $
                         TOTAL:   $

# In the United States District Court
# For the Middle District of Alabama
# Northern Division

**SUMMONS IN A CIVIL CASE**

**A.C. FRYER,**

    Plaintiff,

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

v.

**MERCK & CO., INC., et al.**

    Defendants.

**CIVIL ACTION CASE NO:**

2:06-CV-877-MEF

TO: Pharmacia Corporation f/k/a 1933 Monsanto
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, AL. 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff or plaintiff's attorney(s):

Tom Dutton, Pittman, Dutton, Kirby & Hellums, P.C., 1100 Park Place Tower, Birmingham, AL 35203
(Name and Address)

a response to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

_Debra P. Hackett_
CLERK

_10/2/06_
DATE

DEPUTY CLERK

## RETURN OF SERVICE

I hereby certify and return on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

- By personal service on the defendant at _____.

- By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

  _____.

- By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership or unincorporated association. (Give name, capacity and address of person served.)

  _____.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____    *Authorized or Specially Appointed Process Server*
Date

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____    *Authorized or Specially Appointed Process Server*
Date

Costs of Service:   Service fee:                                             $
                    Expenses: _____ miles @ _____ cents                $
                                                           TOTAL:            $