**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merck & Co., Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL. 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Slauson
☐ Agent
☐ Addressee

B. Received by (Printed Name): S. Slauson
C. Date of Delivery: 10-3-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV877-MEF

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 1198 9354

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacia Corporation f/k/a
1933 Monsanto
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL. 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Slauson
☐ Agent
☑ Addressee

B. Received by (Printed Name): S. Slauson
C. Date of Delivery: 10-3-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV877-MEF

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 1198 9392

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pfizer, Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL. 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Slauson
☐ Agent
☑ Addressee

B. Received by (Printed Name): S. Slauson
C. Date of Delivery: 10-3-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV877-MEF

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0004 1198 9361

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Pharmacia & Upjohn Company
   c/o The Corporation Company
   2000 Interstate Park Drive
   Suite 204
   [illegible] AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Slauson
☐ Agent
☑ Addressee

B. Received by (Printed Name)
S. Slauson

C. Date of Delivery
10-3-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:06cv877-MEF

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0006 1188 9378

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540