IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| A. C. FRYER, an individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 2:06-CV-877-MEF-SRW |
| | * | |
| MERCK & CO., INC., a New | * | |
| Jersey Corporation, et al | * | |
| | * | UNOPPOSED |
| Defendant. | * | |

**JOINT STIPULATION OF THE PARTIES**
**SEEKING A STAY OF ALL PROCEEDINGS PENDING**
**TRANSFER OF THIS ACTION TO MDL-1657**

COME NOW the Parties to this cause and hereby notify the Court that they have reached a stipulation in favor of the entry of an order staying this case pending transfer of this case to *In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.,* MDL No. 1657, the multidistrict litigation ("MDL") proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability actions involving Vioxx® (the "Vioxx production liability actions"). *See IN re Vioxx Prods. Liab. Litig.,* 360 F. Supp. 2d 1352 (J.P.M.L. 2005) ("Transfer Order"). On July 21, 2006, Merck pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and

1

has furnished the Panel with a copy of the docket sheet and complaint in this action. On August 10, 2006, the MDL Panel included this action in Conditional Transfer Order 60 (CTO-60). See Ex. A. at 1. CTO-60 provides that transfer of this action to the MDL proceeding upon expiration of 15 days. See id. Because neither party opposes transfer, the case will soon be transferred, and a stay will preserve the resources of the Court and the parties involved.

Therefore due to the pending transfer of this action, the parties agree that a stay of proceedings in this case is appropriate, and they jointly request this Court to issue an Order staying all proceedings in this case pending transfer of this action to MDL-1657.

NOTE: Counsel for the Defendant is filing this Motion with the Court electronically with the express consent of Plaintiff's counsel, who has approved the content of the Motion itself.

**s/ Richard B. Garrett**

Richard B. Garrett
    Bar Number: (ASB-0782-A29R)
Mike Brock
    Bar Number: (ASB-5280-B61R)
F. Chadwick Morriss
    Bar Number: (ASB-8504-S75F)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270

2

Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail: rbg@rsjg.com
rcb@rsjg.com
fcm@rsjg.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Elisabeth French
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
ElizabethF@pdkhlaw.com

s/Richard B. Garrett
Of Counsel

3