IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.C. FRYER, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-877-MEF |
| | ) |
| MERCK & COMPANY, INC., | ) |
| | ) |
|     DEFENDANT. | ) |

## **ORDER**

This cause is before the Court on the Joint Stipulation of the Parties Seeking a Stay of All Proceedings Pending Transfer of this Action to MDL-1657 (Doc. # 6). For good cause shown, it is hereby ORDERED that this case is STAYED pending transfer of this action to MDL-1657.

DONE this the 18th day of October, 2006.

                                                         /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE