## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NOTHERN DIVISION

| | | |
|---|---|---|
| **A.C. FRYER, an individual;** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO:** |
| | ) | **2:06 CV 877-MEF** |
| | ) | |
| **MERCK & CO., INC., a New Jersey** | ) | |
| **Corporation; PFIZER INC., a Delaware** | ) | |
| **Corporation; PHARMACIA & UPJOHN** | ) | |
| **COMPANY, a Delaware company;** | ) | |
| **PHARMACIA CORPORATION, f/k/a** | ) | |
| **1933 MONSANTO, a Delaware** | ) | |
| **corporation; G.D. SEARLE, LLC., a** | ) | |
| **Delaware corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Pfizer Inc., submit this Corporate Disclosure Statement, and state:

1.     Pfizer Inc. is a publicly traded company which does not have any parent corporations nor any publicly traded shareholder with ten percent (10%) or more of its shares.

2.    Pharmacia & Upjohn Company LLC is a limited liability company whose sole member is Pharmacia Corporation.

3.    Pharmacia Corporation is a wholly-owned subsidiary of Pfizer Inc.

4.    G.D. Searle LLC is a wholly-owned third tier subsidiary of Pharmacia Corporation.

Dated this 23rd day of October, 2006.

Lawrence B. Clark
M. Jason Asbell
Attorneys for Defendant

OF COUNSEL:
BARKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Wachovia Tower, Suite 1600
420 twentieth Street North
Birmingham, Alabama 35203
Telephone:  (205) 328-0480
Facsimile:   (205) 322-8007

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing on the below named by lacing a copy of the same in the U.S. Mail on this 7th day of October, 2006:

Mr. Tom Dutton
Ms. Elisabeth French
PITTMAN, HOODS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880

(202) 328-2711 Facsimile

_____
OF COUNSEL