IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| A.C. FRYER, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-877-MEF |
| | ) |
| MERCK & CO., INC., *et al.,* | ) |
| | ) |
|     DEFENDANTS. | ) |

## **ORDER**

Plaintiff brought this action against several Defendants alleging injury from the use of two pharmaceutical products: Vioxx and Celebrex. Defendant Merck & Co., Inc. sought a stay of all proceedings in this case pending transfer of the action to MDL-1657, an MDL proceeding handling similar Vioxx suits. This Court granted the requested stay. *See* Doc. # 7. Now before this Court is a motion from several other named Defendants seeking a stay of all proceedings pending transfer of this same action to a different multidistrict proceeding, MDL-1699, which is addressing lawsuits relating to Celebrex and Bextra. There has been no motion to sever Plaintiff's claims. Consequently, there is but one action to stay and presumably this case can only be transferred to one MDL proceeding. Accordingly, the Defendants' Unopposed Motion for Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings (Doc. # 10) is DENIED.

DONE this the 24th day of October, 2006.

                                                                            /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE