# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| A. C. FRYER, an individual, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 2:06-CV-877-MEF-SRW |
| | * | |
| MERCK & CO., INC., a New | * | |
| Jersey Corporation, et al | * | |
| | * | |
| Defendant. | * | |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Merck & Co, Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public, and there are no individuals or entities owning greater than 10% of company stock.

Respectfully submitted on October 30, 2006.

s/ Richard B. Garrett

Richard B. Garrett
    Bar Number: (ASB-0782-A29R)
Mike Brock

1

          Bar Number: (ASB-5280-B61R)
      F. Chadwick Morriss
          Bar Number: (ASB-8504-S75F)


RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:   rbg@rsjg.com
      rcb@rsjg.com
      fcm@rsjg.com


**Attorneys for Defendants**


### CERTIFICATE OF SERVICE

 I hereby certify that on October 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Elisabeth French
Pittman, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
ElizabethF@pdkhlaw.com



          **s/Richard B. Garrett**_____

2

Of Counsel