**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 21, 2006

# NOTICE OF MDL TRANSFER

```
Richard W. Wieking, Clerk
Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA  94102

In Re: MDL 05-1699 Bextra and Celebrex Marketing, Sales Practices
and Products Liability Litigation

USDC/MDAL Civil Action No. 2:06cv877-MEF
     A.C. Fryer vs. Merck & Co., Inc., et al

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 10/24/2006 and filed with your
court on 11/14/2006. As requested in your letter, the case is
being transferred electronically.  The following documents are
being sent in PDF format to the email address provided in your
request: the original record, a certified copy of the docket
entries, and a copy of the MDL Transfer Order.
```

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE NORTHERN DISTRICT OF CALIFORNIA.**